# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** April 29, 2021

**CASE OF:** ADVISORY OPINION TO THE ATTORNEY GENERAL RE:
ADULT USE OF MARIJUANA

**DOCKET NO.:** SC19-2116    **OPINION FILED:** April 22, 2021

**ATTENTION:  ALL PUBLISHERS**

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE
OPINION:**

On page 25, first full paragraph, line 4, "Shelvin-Carpenter Co." is now "Shevlin-Carpenter Co."

**SIGNED:  OPINION CLERK**